**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-6922

———————

CURTIS LAMONT SMITH,

Petitioner - Appellant,

versus

JAMES FRENCH, Warden,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge.
(CA-97-890-5-F)

———————

Submitted: January 26, 1999          Decided: February 10, 1999

———————

Before LUTTIG and MOTZ, Circuit Judges, and HALL, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Curtis Lamont Smith, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Curtis Smith appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Smith v. French, No. CA-97-890-5-F (E.D.N.C. June 9, 1998). We deny Smith's motion for appointed counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2